**AMENDED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED08MJ00262 |
| NOE DURAN | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __DEFENDANT_____, IT IS ORDERED that a detention hearing is set for ____7/25/08_____, _____, at _11:30____ ☒a.m. / ☐p.m. before the Honorable __OSWALD PARADA_____, in Courtroom _3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __7/21/08_____

_____
U.S. District Judge/Magistrate Judge